LAW OFFICES OF GEOFF WIGGS
Geoffrey E. Wiggs (SBN 276041)
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Debtor
Mary Jennings

Signed and Filed: January 9, 2020

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re:

    MARY JENNINGS,

                Debtor.

Case No.: 19-31205

Chapter 13

**ORDER ON DEBTOR'S MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS**

    Debtor MARY JENNINGS has filed and served a Motion for Order Extending the Automatic Stay in the above-captioned matter.

    Notice was properly served on the below-mentioned parties and no objections to the requested relief were received.

    AND NOW, the Court being fully advised in the premises, and finding that Debtors filed this case in good faith, it is hereby Ordered that the automatic stay be extended as to the following Creditors in this case until it would terminate under section 362(c)(1) or (2), or until further order of the court:

– 1 –

BSI Financial Services
Attn: Bankruptcy
Po Box 517
Titusville, PA 16354

Capital Accounts
2120 Crestmoor Rd
Nashville, TN 37215-2613

Entra Default Solutions, LLC
1355 Willow Way
Concord, CA 94520

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Monterey Collection Services
4095 Avenida De La Plata
Oceanside, CA 92056

Rash Curtis & Associates
190 S Orchard Ave a200
Vacaville, CA 95688

Rash Curtis & Associates
Attn: Bankruptcy
Po Box 5790
Vacaville, CA 95696

Richard G. Taylor
3852 La Donna Ave
Palo Alto, CA 94306

SchoolsFirst FCU
Attn: Bankruptcy
Po Box 11547
Santa Ana, CA 92711

Synchrony Bank/TJX
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Wakefield & Associates
Attn: bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

*** END OF ORDER***

- 1 -

**ORDER EXTENDING THE AUTOMATIC STAY**

Case No.: 19-31205

SERVICE LIST

*NONE

CASE # 19-31205

Case: 19-31205    Doc# 28    Filed: 01/09/20    Entered: 01/09/20 15:32:33    Page 3 of 3