DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARY JENNINGS<br>15 MUIRFIELD RD.<br>HALF MOON BAY, CA 94019<br><br>Debtor(s) | Chapter 13<br>Case No: 19-31205 DM<br>Date:   April 15, 2020<br>Time:   01:10 PM<br>Ctrm:   450 GOLDEN GATE AVENUE<br>          16th FLOOR - COURTROOM #17<br>          SAN FRANCISCO, CA 94102- |

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 11/19/2019.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee. As of the date of this motion, $18,193.68 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:    March 2, 2020                              DAVID BURCHARD_____
                                                                          DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARY JENNINGS<br>15 MUIRFIELD RD.<br>HALF MOON BAY, CA 94019<br><br>Debtor(s) | Chapter 13<br>Case No:  19-31205 DM<br>Date:       April 15, 2020<br>Time:       01:10 PM<br>Ctrm:       450 GOLDEN GATE AVENUE<br>               16th FLOOR - COURTROOM #17<br>               SAN FRANCISCO, CA 94102- |

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 11/19/2019.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

|  |  |
|---|---|
| __X__ | Failure to make required payments to the Trustee. $18,193.68 is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| __X__ | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 2, 2020 in Foster City, California.

Dated:  March 2, 2020                                      DAVID BURCHARD
                                                                           _____
                                                                           DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    MARY JENNINGS
    15 MUIRFIELD RD.
    HALF MOON BAY, CA 94019

The following recipients have been served via Court's Notice of Electronic Filing:

    GEOFF WIGGS
    ECF@wiggslaw.com

Dated:    March 2, 2020                                              ROSA GARCIA
                                                                                 ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MARY JENNINGS<br>15 MUIRFIELD RD.<br>HALF MOON BAY, CA 94019<br><br>Debtor(s) | Case No.: 19-31205 DM<br>Chapter 13<br><br>ATTACHMENT "A" |

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. Trustee is in receipt of an objection to confirmation of plan by creditor, Richard G. Taylor, filed on January 23, 2020. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

2. Schedule A/B fails to reflect any interest in cash, bank accounts or retirement/pension accounts. Trustee requested an amended Schedule A/B which accurately lists all property in which the debtor has an interest in at the time of the filing of the petition. The debtor has failed to file an amended Schedule A/B.

3. Schedule E/F lists debts to Fay Servicing LLC and Wells Fargo Home Mor with the amount as "unknown". Trustee requested an amended Schedule E/F which lists an actual dollar amount for each claim. The debtor has failed to file an amended Schedule E/F.

4. Trustee is in receipt of the debtor's 2018 federal tax return, which reflects income from wages in the amount of $142,173.00. The Statement of Financial Affairs reflects a different amount. Trustee requested an amended Statement of Financial Affairs. The debtor has failed to amend the appropriate documents for accuracy and consistency.