DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MARY JENNINGS

Chapter 13
Case No. 19-31205 DM

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rules of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 899 | CLERK OF THE COURT<br>MARY JENNINGS<br>15 MURFIELD RD.<br>HALFMOON BAY, CA 94019 | $11,189.45 |

Dated:    August 17, 2021                    /s/ JOSIE NELSON
                                             JOSIE NELSON
                                             Receipts Administrator